ACCEPTED
03-14-00570-CR
4361543
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 9:07:42 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00570-CR

| | | |
|---|---|---|
| ERIC BYRON CRAYTON | § | IN THE THIRD |
| VS. | § | DISTRICT COURT OF |
| THE STATE OF TEXAS | § | APPEALS OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 9:07:42 AM
JEFFREY D. KYLE
Clerk

### FIRST MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was convicted by a jury of Tampering with Physical Evidence on August 11, 2014 in the 207th District Court of Comal County. The jury then sentenced Appellant to 35 years confinement in the institutional division of the Texas Department of Criminal Justice. Appellant timely filed his notice of appeal and filed his brief with the Court on February 2, 2015. The State's brief is currently due on March 4, 2015.

### II.

Mr. Clayten Hearrell is handling this appeal for the State. In early February, Mr. Hearrell sat first chair in Cause Numbers CR2013-071 and -072, involving two counts of Continuous Sexual Abuse of a Child and three counts of Indecency with

1

a Child. Following that trial, Mr. Hearrell worked on CR2011-399, a case involving an insanity defense to charges of Attempted Murder, Aggravated Assault with a Deadly Weapon, Deadly Conduct, Tampering with Physical Evidence and Criminal Mischief. Mr. Hearrell then prepared for a jury trial in CR2014-083, involving nine counts of Indecency with a Child, although that case was reset to April 6, 2015. Finally, Mr. Hearrell must prepare for oral argument before this Court in 03-13-00347-CR on March 25, 2015. Mr. Hearrell has not yet had an opportunity to complete the State's brief in this case, and in light of the foregoing, the State respectfully requests that the Court grant him a 30-day extension to file the Appellee's Brief. This is the first extension sought by Appellee.

III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully requests an extension of 30 days, until April 3, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

2

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *First Motion to Extend Time to File Appellee's Brief* has been delivered to Appellant ERIC BYRON CRAYTON's attorney of record in this matter:

Richard E. Wetzel
wetzel_law@1411west.com
1411 West Avenue
Suite 100
Austin, TX 78701
*Attorney for Appellant on Appeal*

By electronically sending it through efile.txcourts.gov e-filing service this 4th day of March, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**